1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California  95814
3  Telephone:  (916) 422-4022
   Attorney for Defendant Alvaro Gomez
4

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    ) Case No.: 2:07-CR-00248-07-WBS
                                )
10             Plaintiff,       ) STIPULATION AND ORDER TO
                                ) CONTINUE JUDGMENT AND
11       v.                     ) SENTENCING
                                )
12 ALVARO GOMEZ,                ) Date:  June 11, 2012
                                ) Time:  9:30 a.m.
13             Defendant.       ) Judge: Hon. William B. Shubb
                                )

14

15        **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

16 Judgment and Sentencing scheduled for April 30, 2012 at 9:00 a.m. is continued to June

17 11, 2012 at 9:30a.m. in the same courtroom.  Jason Hitt, Assistant United States

18 Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

19 The Probation Officer has also been informed and does not oppose a continuance.

20

21 **IT IS SO STIPULATED.**

22

23 DATED:  April 27, 2012        By:    /s/  Thomas A. Johnson_____
                                        THOMAS A. JOHNSON
24                                      Attorney for Defendant
                                        ALVARO GOMEZ
25

26 DATED:  April 27, 2012               BENJAMIN WAGNER
                                        United States Attorney
27
                                 By:    /s/ Thomas A. Johnson for_
28                                      Jason Hitt
                                        Assistant U.S. Attorney

STIPULATION AND ORDER        - 1 -

1   **IT IS SO ORDERED.**

3   Dated:   April 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE