THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Alvaro Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:07-CR-00248-07-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ) CONTINUE JUDGMENT AND ) SENTENCING |
| v. | ) |
| ALVARO GOMEZ, | ) Date: August 6, 2012 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 11, 2012, at 9:00 a.m. is continued to August 6, 2012, at 9:30 a.m. in the same courtroom.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.  The parties have also agreed that the due date to submit a reply to the filed objections to the PSR will be continued to July 30, 2012.

**IT IS SO STIPULATED.**


DATED:  June 6, 2012         By:         /s/  Thomas A. Johnson_____
                                         THOMAS A. JOHNSON
                                         Attorney for Defendant
                                         ALVARO GOMEZ


DATED:  June 6, 2012                     BENJAMIN WAGNER
                                         United States Attorney

                              By:         /s/ Thomas A. Johnson for_
                                         Jason Hitt
                                         Assistant U.S. Attorney

STIPULATION AND ORDER         - 1 -

1  **IT IS SO ORDERED.**

2  Dated: June 7, 2012

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE