THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Alvaro Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALVARO GOMEZ,<br><br>　　　　Defendant. | Case No.: 2:07-CR-00248-07-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　July 23, 2012<br>Time:　9:00 a.m.<br>Judge:　Hon. William B. Shubb |
|---|---|

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding Defendant's request for new counsel which is scheduled for July 9, 2012 at 9:00 a.m. is continued to July 23, 2012 at 9:00 a.m. in the same courtroom.  Defense counsel, Thomas A. Johnson, is requesting the continuance because he is unavailable on July 9, 2012.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  July 5, 2012　　　　　　　　By:　　/s/  Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ALVARO GOMEZ

DATED:  July 5, 2012　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　/s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　　　Jason Hitt
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

STIPULATION AND ORDER　　　　- 1 -

1  **IT IS SO ORDERED.**

3  Dated:  July 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE