Carlton F. Gunn
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA 91101
Telephone (626) 844-7660
Facsimile (626) 844-7670

Attorney for Defendant
ALVARO COBIAN GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>  vs.<br><br>ALVARO COBIAN GOMEZ,<br><br>    Defendant-Appellant. | NO. 07-cr-00248-WBS-7<br><br>ORDER FOR COPIES OF TRANSCRIPTS OF SEALED PROCEEDINGS |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portions of the transcripts for the hearings held on September 22, 2008 and July 23, 2012 shall be unsealed and provided to defendant's counsel only for purposes of evaluating their relevance to potential appellate issues.   A copy of the transcript, if requested, shall also be provided to counsel for the United States for the same purposes.

IT IS SO ORDERED.

Dated:  May 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE