Carlton F. Gunn
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA 91101
Telephone (626) 844-7660
Facsimile (626) 844-7670

Attorney for Defendant
ALVARO COBIAN GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff-Appellee,<br><br>   vs.<br><br>ALVARO COBIAN GOMEZ,<br><br>         Defendant-Appellant. | NO. 07-cr-00248-WBS-7<br><br>ORDER MODIFYING ORDER RE: COPIES OF TRANSCRIPTS OF SEALED PROCEEDINGS |

## **ORDER**

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the order of this Court filed May 28, 2014 is modified to delete the last sentence of the order and substitute the following:

        Copies of the transcripts shall be provided to counsel for the United States if they are referenced by the defense in one or more of its briefs in the appeal.  If the transcripts are not referenced in the briefs but counsel for the United States believes the transcripts are for some other reason relevant to an issue raised in the defense briefs, counsel

for the United States may apply for an order that he be provided with copies of the transcripts.

IT IS SO ORDERED.

Dated:  June 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE