Carlton F. Gunn
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA 91101
Telephone (626) 844-7660
Facsimile (626) 844-7670

Attorney for Defendant
ALVARO COBIAN GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 07-cr-00248-WBS-7 |
| Plaintiff-Appellee, | [~~PROPOSED~~] ORDER FOR DISCLOSURE OF COPIES OF SEALED RECORDS TO DEFENDANT'S APPELLATE COUNSEL |
| vs. | |
| ALVARO COBIAN GOMEZ, | |
| Defendant-Appellant. | |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed documents with Docket #1172, filed on October 30, 2012, and Docket #1228, filed on June 25, 2013, shall be unsealed as to defendant's appellate counsel only and provided to defendant's appellate counsel only for purposes of evaluating their relevance to potential appellate issues.

IT IS FURTHER ORDERED that copies of the documents shall be provided to counsel for the United States if they are referenced by the defense in one or more of its briefs in the appeal. If the transcripts are not referenced in the briefs but counsel for the United States believes the transcripts are for some other reason relevant to an issue

raised in the defense briefs, counsel for the United States may apply for an order that he be provided with copies of the transcripts.

IT IS SO ORDERED.

Dated:  July 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE