Carlton F. Gunn
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA 91101
Telephone (626) 844-7660
Facsimile (626) 844-7670

Attorney for Defendant
ALVARO COBIAN GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> vs. <br><br> ALVARO COBIAN GOMEZ, <br><br> Defendant-Appellant. | NO. 07-cr-00248-WBS-7 <br><br> [~~PROPOSED~~] ORDER FOR DISCLOSURE OF COPY OF SEALED RECORD TO DEFENDANT'S APPELLATE COUNSEL |

## **ORDER**

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the attachment to the document filed under Docket #1232, which attachment is presently filed under seal, shall be unsealed as to defendant's appellate counsel only and provided to defendant's appellate counsel only for purposes of evaluating its relevance to potential appellate issues.

   IT IS FURTHER ORDERED that copies of the document shall be provided to counsel for the United States if it is referenced by the defense in one or more of its briefs in the appeal. If the document is not referenced in the briefs but counsel for the United States believes the document is for some other reason relevant to an issue raised in

the defense briefs, counsel for the United States may apply for an order that he be provided with a copy of the document.

     IT IS SO ORDERED.

Dated:  September 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE