UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ALVARO COBIAN GOMEZ,<br><br>       Defendant. | CR. NO. 2:07-00248-07 WBS<br><br>ORDER |

----oo0oo----

On February 29, 2016, defendant Alvaro Cobian Gomez filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1387.) The United States shall file an opposition to defendant's motion no later than August 15, 2016. Defendant may file a reply no later than August 30, 2016. The court will then take the motion under submission and will inform the parties if

1

1  oral argument or further proceedings are necessary.
2           IT IS SO ORDERED.
3  Dated:  July 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE