HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALVARO COBIAN GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALVARO COBIAN GOMEZ,<br><br>　　　　　Defendant. | Case No. 2:07-cr-248-07 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>Judge:  Honorable WILLIAM B. SHUBB |

　　　　Defendant Alvaro Cobian Gomez, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule previously set (CR 1407).  The defense supplement to the Motion to Reduce Sentence shall be filed no later than October 17, 2016; the government reply shall be filed no later than November 7, 2016; and an optional defense response shall be filed no later than November 21, 2016.

/ / /

/ / /

/ / /

1 | Respectfully submitted,

2 | Dated:  August 23, 2016                    Dated:   August 23, 2016

3 | BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                         Federal Defender
4

5 |  /s/ *Jason Hitt*                           /s/ *Hannah R. Labaree*
JASON HITT                                 HANNAH R. LABAREE
Assistant U.S. Attorney                    Assistant Federal Defender
6

7 | Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   ALVARO COBIAN GOMEZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the briefing schedule is extended as follows: Defense supplement is due on October 17, 2016, the government's reply is due on November 7, 2016 and an optional defense response is due on November 21, 2016.

Dated:  August 23, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE