IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-248-07 WBS |
| Plaintiff, | **ORDER** |
| v. | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| ALVARO COBIAN GOMEZ, | |
| Defendant. | |

### ORDER

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, Erin Radekin, is hereby appointed effective, November 9, 2016 the date the Office of the Federal Defender first contacted her.

Dated:  November 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On November 14, 2016, she caused to be served a copy of the attached NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION; WITHDRAW AS COUNSEL by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

Alvaro Cobian Gomez
Register No. 63496-097
Lompoc FCI
3600 Guard Road
Lompoc, CA  93436

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November, 2016.

/s/ *Gabriela Bermudez*
Gabriela Bermudez

2

Notice Regarding Non-supplementation