PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO COBAIN GOMEZ,<br><br>Defendant. | CASE NO. 2:07-CR-00248-07 WBS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR<br>EXTENSION OF TIME |

On April 6, 2022 the United States requested an extension of time to May 5, 2022, to file its response to Gomez's *pro se* compassionate release motion. Docket No. 1721.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due May 5, 2022. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated: April 6, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1